UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No:  1:14-CR-06

        Hon. Janet T. Neff
        United States District Judge

DERIK EUGENE ROTHROCK,

        Defendant.
_____/

**DEFENDANT'S MOTION FOR DOWNWARD VARIANCE**

      The defendant, Derik Eugene Rothrock, by his attorney Sharon A. Turek of the Office of the Federal Defender, moves this Honorable Court to vary downward from the applicable advisory guideline range in this matter.  Under the 18 U.S.C. § 3553(a) factors and the standard for the imposition of a sentence sufficient, but not greater than necessary, a downward variance would be appropriate in this case.  The basis for this requested variance is based on the defendant's tumultuous childhood, which is detailed at length in the final presentence investigation report and the defendant's Sentencing Memorandum.

        Respectfully submitted,

        RAY KENT
        Federal Public Defender

        /s/ RICHARD D. STROBA
        Assistant Federal Public Defender
        50 Louis, N.W., Suite 300
        Grand Rapids, MI 49503

Dated: July 7, 2014        (616)742-7420