UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:14–cr–00006–JTN

     v.                                Hon. Janet T. Neff

DERIK EUGENE ROTHROCK,

        Defendant.
_____/

## **CLERK'S NOTICE**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO: Sharon Turek

RE:  Motion for Variance under 18 U.S.C. 3553(a) – #31

REASON FOR NOTICE:   The signature represented on the document does not match the login name under which it was electronically filed.

RECOMMENDED ACTION:   None. The Clerk's Office will not add the attorney represented on the document to the case. To be added to the case, the attorney should enter an appearance.

INFORMATION FOR FUTURE REFERENCE:  <u>Local Criminal Rule 49.10(e)</u> requires the identity of the registered attorney submitting the electronically filed document be reflected at the end of the document by means of an "s/[attorney's name]" block showing the attorney's name, followed by the attorney's business address, telephone number, and e–mail address.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                                                TRACEY CORDES
                                                CLERK OF COURT

Dated:  July 8, 2014        By:  /s/ K. Wright_____
                                         Deputy Clerk