

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DERIK EUGENE ROTHROCK,

    Defendant.

_____/

Case No. 1:14-cr-6

HON. JANET T. NEFF

## ORDER REGARDING ADDITIONAL SENTENCING CONDITIONS

### MANDATORY/STANDARD CONDITIONS OF SUPERVISION

While on supervision, the defendant shall comply with mandatory and standard conditions of supervision including:

    DNA collection
    Drug testing
    Sex Offender Registration
    No firearms, destructive devices, or dangerous weapons

Additionally, the defendant shall comply with the following special conditions of supervision:

1. The defendant will participate in sex offender assessment and/or treatment as approved by the probation officer, which may include physiological testing such as polygraph, plethysmograph, and/or ABEL Assessment. The defendant will contribute to the cost of treatment in an amount approved by the probation officer.

2. The defendant shall have no contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate, including, but not limited to, schools, day care centers, theme parks, theaters, and playgrounds.

3. The defendant shall not date or socialize with anyone who has children under the age of 18 without the permission of the probation officer.

4. The defendant shall not have contact with the victims in this case. This includes any physical, visual, written, or telephonic contact with such persons. Additionally, the defendant shall not directly cause or encourage anyone else to have such contact with the victims.

5. The defendant shall not possess or use a computer or have access to any online service without the prior written approval of the probation officer. The defendant shall identify all computer systems, internet-capable devices, and similar memory and electronic devices to which the defendant has access, and allow installation of a computer and internet monitoring program. Monitoring may include random examinations of computer systems along with internet, electronic, and media storage devices under the defendant's control. The computer system or device may be removed for a more thorough examination, if necessary. The defendant shall contribute to the cost of such monitoring services, based on the defendant's ability to pay, as deemed appropriate by the probation officer.

6. The defendant shall notify the probation officer when he establishes a romantic relationship and then shall inform the other party of his prior criminal history concerning sex offenses. The defendant understands that he must notify the probation officer of that significant other's address, age, and where the individual may be contacted.

7. The defendant shall consent to third party disclosure to any employer or potential employer, concerning any computer-related restrictions or community risks related to the defendant.

8. The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer, and shall pay at least a portion of the cost according to his ability, as determined by the probation officer.

9. The defendant shall not use/possess any alcoholic beverages and shall not frequent any establishments whose primary purpose is the sale/serving of alcohol.

10. The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer, and shall pay at least a portion of the cost according to his ability, as determined by the probation officer.

11. The defendant shall provide the probation officer access to any requested financial information, including, but not limited to, credit reports, credit card bills, bank statements, and telephone bills.

I have reviewed and understand the above conditions of my sentence.

Dated: July 14, 2014

_____
Derik Eugene Rothrock
Defendant

_____
Sharon A. Turek
Attorney for Defendant

IT IS SO ORDERED.

_____
JANET T. NEFF
United States District Judge