**United States District Court for the** Western **District of** Michigan

United States of America

Plaintiff,

vs.                                                      CASE NO. 1:14-cr-6

Derik Eugene Rothrock

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that Derik Eugene Rothrock, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from the final judgment
(the final judgment) (from an
_____ entered in this action on the 14th day of
order (describing it))

July, 2014.

(s) Sharon A. Turek
Address: 50 Louis Ave. Suite 300
Grand Rapids, MI 49503
616-742-7420

Attorney for Derik Eugene Rothrock

cc: Opposing Counsel ✓
    Court of Appeals ✓

6CA-3
1/99